# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAMIRO HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CIRQUE EPE LAS VEGAS, LLC, *et al*.,<br><br>    Defendants. | Case No. 2:11-CV-00947-KJD-PAL<br><br>Consolidated with:<br><br>Case No. 2:11-CV-00948-KJD-PAL<br><br>**ORDER** |

Before the Court is the Motion to Remand of Plaintiff Ramiro Hernandez (#13). Defendants have filed a Notice of Non-Opposition (#11). Both parties acknowledge that this Court lacks jurisdiction.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand (#13) is **GRANTED**.

DATED this 15th day of July 2011.

_____
Kent J. Dawson
United States District Judge